## HAYS v. STATE.

No. 21388.

Court of Criminal Appeals of Texas.

Oct. 23, 1940.

No attorney for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Appellant was convicted upon a charge of driving a motor vehicle upon a public road while appellant was intoxicated. Punishment was assessed at five days in jail and a fine of $50.

No statement of facts or bills of exception appear in the record. Nothing is presented for review.

The judgment is affirmed.

entered of record, is essential to the jurisdiction of this court. See Article 827, C.C.P., and cases cited in Vernon's Ann. Tex.C.C.P., Vol. 3, p. 197; also Branch's Ann.Tex.P.C., Sec. 588 and cases there cited.

The appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

## LEADON et al. v. STATE.
### No. 21259.

Court of Criminal Appeals of Texas.

Oct. 23, 1940.

H. H. Wellborn, of Henderson, for appellants.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The conviction is for the theft of cattle. The punishment assessed is confinement in the state penitentiary for two and one-half years.

No notice of appeals appears in the record. Such notice, given in open court and

## LEADON et al. v. STATE.
### No. 21260.

Court of Criminal Appeals of Texas.

Oct. 23, 1940.

H. H. Wellborn, of Henderson, for appellants.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

This case is before us without bills of exception or statement of facts. Furthermore, the transcript contains no notice of appeal. The appeal is, therefore, dismissed.